AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.: 1:25-cv-315 RP   DATE FILED: 3/3/2025 | United Stated District Court - Western District of Texas |
| PLAINTIFF<br>STRIKE 3 HOLDINGS, LLC | DEFENDANT<br>JOHN DOE subscriber assigned IP address 70.121.72.255 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | SEE ATTACHED | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>x Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   x No | DATE RENDERED<br>07/30/2025 |
|---|---|---|
| CLERK<br>Philip J. Devlin | (BY) DEPUTY CLERK<br>*Deanna Massie* | DATE<br>07/31/2025 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Exhibit A to the Complaint

**Location:** Cedar Park, TX
**Total Works Infringed:** 26

**IP Address:** 70.121.72.255
**ISP:** Spectrum

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 41A31DD704A4FBFC9D2A48A4421D4C9F44754141 | 01/09/2025 20:59:26 | Vixen | 11/10/2018 | 11/25/2018 | PA0002136725 |
| 2 | A13372D383B6487823771167C3024FF64D0BAF6F | 01/09/2025 20:57:19 | Vixen | 12/15/2018 | 01/22/2019 | PA0002147905 |
| 3 | 9861659DEBD8430E736AE8DD818939E2B7C5B092 | 11/27/2024 00:18:56 | Blacked | 11/24/2024 | 12/13/2024 | PA0002506269 |
| 4 | C324B5EC56B9B56380608136E4AFEC1A09A9104C | 10/23/2024 23:20:59 | Milfy | 10/23/2024 | 11/18/2024 | PA0002500970 |
| 5 | eea471ac58e44d8c08ce5f008ca4fcb8a1bc3dbe | 10/23/2024 23:17:06 | Blacked Raw | 04/20/2020 | 05/19/2020 | PA0002241477 |
| 6 | BD6CAEF22986DDA226E24CB6D6D0F8DABAE008B6 | 10/14/2024 18:43:22 | Blacked Raw | 10/14/2024 | 10/16/2024 | PA0002494704 |
| 7 | 0C44CCAFAC6BEA30EC61A86125F9ECCD152A555C | 06/26/2024 11:55:38 | Tushy | 07/04/2021 | 07/08/2021 | PA0002300663 |
| 8 | 55a84980f548f4e2ee875e548e07657a7caec534 | 06/14/2024 01:33:49 | Milfy | 06/12/2024 | 09/09/2024 | PA0002491143 |
| 9 | 50FDCD23B972E04B860DDAFDCD4F0B868C88E571 | 06/09/2024 04:16:52 | Blacked Raw | 05/13/2024 | 06/18/2024 | PA0002476936 |
| 10 | FE4440A285111574270969444C2A3FE407FFA411 | 03/06/2024 04:14:17 | Milfy | 12/06/2023 | 01/16/2024 | PA0002453488 |
| 11 | 9D0350FC373B64D6D0AC93B32B0EB27DFDFFF99C | 03/01/2024 19:03:03 | Blacked | 03/15/2020 | 04/15/2020 | PA0002246109 |
| 12 | 3754c381e6b3dcc20647f7f94277b364471f090f | 01/21/2024 19:41:52 | Blacked | 05/24/2018 | 07/14/2018 | PA0002128376 |
| 13 | 2FD121C5BDF053F4ABB9D1D765731F5C2525F5AF | 01/18/2024 01:55:35 | Blacked Raw | 01/15/2024 | 02/14/2024 | PA0002455063 |
| 14 | abae67ded55b6149ad0b5144bb1949c403a3ae9e | 01/04/2024 01:00:11 | Blacked Raw | 01/01/2024 | 01/16/2024 | PA0002449432 |
| 15 | 334f7f3f9b4b019914dc384fb683a90561028cff | 01/04/2024 00:57:21 | Blacked | 12/30/2023 | 01/16/2024 | PA0002449507 |
| 16 | 63F2A47072F6BE927125C8BE87E2139240AB5332 | 08/13/2023 18:31:05 | Milfy | 07/26/2023 | 08/22/2023 | PA0002431040 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 1d4f8bc60ff91e4a8991397e26bfaa8545914e58 | 07/05/2023 18:39:22 | Vixen | 11/15/2018 | 12/10/2018 | PA0002145829 |
| 18 | 9BBADEB7DB1D55E7C88DF3593BE743045D316CDD | 06/25/2023 17:06:14 | Milfy | 06/21/2023 | 08/22/2023 | PA0002431065 |
| 19 | ebd1a0130d2765d9e82035adae93d5d368809327 | 06/25/2023 17:03:47 | Blacked | 06/24/2023 | 07/13/2023 | PA0002420341 |
| 20 | 2665aecc29f2d50dd62093f42a9340f9909569f2 | 05/04/2023 18:55:21 | Blacked Raw | 10/12/2020 | 10/22/2020 | PA0002261809 |
| 21 | 2633CD97981B90290A6B07878DB24E95843051FD | 05/03/2023 20:54:35 | Blacked | 06/05/2021 | 06/15/2021 | PA0002296924 |
| 22 | D4BFBEC367B732FD71C1F8FA881CA886D398AE82 | 12/17/2022 02:07:49 | Blacked Raw | 08/08/2022 | 08/30/2022 | PA0002367749 |
| 23 | 51B8B05E291259D05FAEE870D556CE9E549EB5EB | 09/05/2022 03:23:49 | Vixen | 09/02/2022 | 11/01/2022 | PA0002378068 |
| 24 | 5ce4688a45cd0405cd8bda8e980b78976cea4b5e | 09/03/2022 02:47:50 | Tushy | 06/25/2019 | 08/27/2019 | PA0002213234 |
| 25 | 9cee4909325544d43368d68948bbf48cfa041624 | 08/24/2022 18:02:24 | Blacked Raw | 06/21/2019 | 08/27/2019 | PA0002213241 |
| 26 | 867C4E364A14CE63473618B051D1A232319E5DF9 | 08/10/2022 01:03:25 | Blacked Raw | 05/09/2022 | 05/20/2022 | PA0002350381 |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1-25-CV-315-RP |
| JOHN DOE, subscriber assigned IP address 70.121.72.255, | § § § § | |
| Defendant. | § § | |

**ORDER**

On July 29, 2025, Plaintiff Strike 3 Holdings, LLC ("Plaintiff") dismissed all claims in this case with prejudice. (Dkt. 7). Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant John Doe, who is identified only by an IP address,[1] has not served an answer or motion for summary judgment. Plaintiff's notice is therefore "self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015), *as revised* (May 15, 2015).

As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on July 30, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

---

[1] In this case, Defendant is identified by the following address: 70.121.72.255.